IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARPAC L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-cv-03758 |
| | ) | |
| LANTECH.COM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT

Plaintiff Arpac L.P. and Defendant Lantech.com, LLC, by their respective attorneys, hereby jointly move for the entry of the Final Consent Judgment attached hereto as **Exhibit A** and in support thereof state as follows:

1. The parties have reached a settlement, which requires the entry of a Final Consent Judgment as attached hereto.

2. All parties and counsel have agreed to the entry of the attached Final Consent Judgment, as evidenced by their signatures thereon.

WHEREFORE, Plaintiff and Defendant jointly request that this Court enter the attached Final Consent Judgment.

Respectfully submitted,

/s/ Michael P. Padden
Michael P. Padden
Mitchell J. Weinstein
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380 – Telephone
(312) 346-8434 – Facsimile
mpadden@lplegal.com
mweinstein@lplegal.com

**Attorneys for Plaintiff**

/s/ Thomas Dee
Thomas R. Dee
Vedder Price P.C.
222 N. LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
Tel.:   (312) 609-7746
Fax:   (312) 609-5005
tdee@vedderprice.com

and

Gregory F. Ahrens
P. Andrew Blatt
Wood Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Tel.:   (513) 241-2324
Fax:   513) 241-6234
gahrens@whe-law.com
dblatt@whe-law.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing.

LEVENFELD PEARLSTEIN, LLC

By: /s/ Michael P. Padden
Michael P. Padden (ARDC #6183992)
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
T: 312.476.7598
mpadden@lplegal.com