# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARPAC L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-cv-03758 |
| | ) |
| LANTECH.COM, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AGREED MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT

Plaintiff Arpac L.P. and Defendant Lantech.com, LLC, by their respective attorneys, hereby jointly move for the entry of the Final Consent Judgment attached hereto as **Exhibit A** and in support thereof state as follows:

1. The parties have reached a settlement, which requires the entry of a Final Consent Judgment as attached hereto.

2. All parties and counsel have agreed to the entry of the attached Final Consent Judgment, as evidenced by their signatures thereon.

WHEREFORE, Plaintiff and Defendant jointly request that this Court enter the attached Final Consent Judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael P. Padden | /s/ Thomas Dee |
| Michael P. Padden | Thomas R. Dee |
| Mitchell J. Weinstein | Vedder Price P.C. |
| Levenfeld Pearlstein, LLC | 222 N. LaSalle Street |
| 2 N. LaSalle Street, Suite 1300 | Suite 2600 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601-1003 |
| (312) 346-8380 – Telephone | Tel.: (312) 609-7746 |
| (312) 346-8434 – Facsimile | Fax: (312) 609-5005 |
| mpadden@lplegal.com | tdee@vedderprice.com |
| mweinstein@lplegal.com | |
| **Attorneys for Plaintiff** | and |
| | Gregory F. Ahrens |
| | P. Andrew Blatt |
| | Wood Herron & Evans LLP |
| | 2700 Carew Tower |
| | 441 Vine Street |
| | Cincinnati, Ohio 45202-2917 |
| | Tel.: (513) 241-2324 |
| | Fax: 513) 241-6234 |
| | gahrens@whe-law.com |
| | dblatt@whe-law.com |
| | **Attorneys for Defendant** |

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing.

        LEVENFELD PEARLSTEIN, LLC

        By: /s/ Michael P. Padden
        Michael P. Padden (ARDC #6183992)
        2 N. LaSalle St., Suite 1300
        Chicago, IL 60602
        T: 312.476.7598
        mpadden@lplegal.com